IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-445-D

ANTHONY BLUE, as the Administrator of )
the Estate of JAMES E. BLUE, SR., )
)
               Plaintiff, )
)
v. )     **ORDER**
)
RANDY L. HILL, RUAN TRANSPORT )
CORPORATION, and AIRGAS USA, LLC, )
)
               Defendants. )

On September 10, 2019, defendants moved for a court-hosted settlement conference [D.E. 38]. Plaintiff consents to the motion. The motion is GRANTED. The court hereby refers this case to United States Magistrate Judge Gates for court-hosted mediation. Judge Gates will notify the parties how he wishes to proceed concerning the mediation, and the date on which it will be held.

SO ORDERED. This 12 day of September 2019.

                                                        JAMES C. DEVER III
                                                        United States District Judge