IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:18-CV-445-D

| | |
|---|---|
| ANTHONY BLUE, as the Administrator of the Estate of JAMES E. BLUE, SR., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| RANDY L. HILL, RUAN TRANSPORT CORPORATION, and AIRGAS USA, LLC, | ) ) ) |
| Defendants. | ) |

**ORDER**

This case is before the court on the consent motion (D.E. 42) by defendants Randy L. Hill ("Hill"), Ruan Transport Corporation, and Airgas USA, LLC ("Airgas") (collectively "defendants") to excuse Hill and a representative from Airgas from in-person attendance at the settlement conference scheduled for 16 October 2019 (*see* D.E. 43). There being no opposition to the motion and good cause having been shown, the motion is ALLOWED. Hill and a representative from Airgas are excused from in-person attendance at the conference, but shall be available by telephone during the entire settlement conference. Nothing herein shall be deemed to limit the court's discretion with respect to arrangements for any further settlement proceedings in this case.

SO ORDERED, this 24 day of September 2019.

James E. Gates
United States Magistrate Judge