IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:18-cv-445-D

| | |
|---|---|
| ANTHONY BLUE, as the Administrator of the Estate of JAMES E. BLUE SR., <br><br> Plaintiff, <br><br> v. <br><br> RANDY L. HILL, RUAN TRANSPORT CORPORATION, and AIRGAS USA, LLC <br><br> Defendants. | **ORDER** |

THIS MATTER is before the Court on Defendants' Motion for Clarification. Having considered this Motion, the Court enters the following Order:

**ORDER**

Pursuant to Defendants' request for clarification, the Court clarifies its October 22, 2018 Scheduling Order to reflect that all Rule 26(a)(3) disclosures and objections remain unscheduled at this time pending the Court's ruling on dispositive motions. The Court further clarifies that the deadline to submit a pretrial order, a date for the pretrial conference, and the trial setting will be issued in a future order.

IT IS SO ORDERED.

This the _2_ day of October 2019.

_____
JAMES C. DEVER III
United States District Judge